UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IOSIF TAMAS,

    Plaintiff,

    v.

CITY OF WOODINVILLE, *et al.*,

    Defendants.

Case No. C06-1036RSL

ORDER OF DISMISSAL

This matter comes before the Court *sua sponte*. On August 2, 2006, the Court issued an order to show cause why plaintiff's complaint should not be dismissed for failure to state a claim for which relief can be granted. The Court ordered plaintiff to file an amended complaint within thirty days or face dismissal. Plaintiff subsequently filed a "resubmitted complaint" and a motion to appoint counsel, which was denied.

Plaintiff's resubmitted complaint did not cure the deficiencies the Court identified in the order to show cause. Plaintiff continues to name as defendants governmental actors who enjoy absolute immunity from suit. He has not alleged that the City of Woodinville's allegedly wrongful actions were committed pursuant to a policy or custom sufficient to create municipal liability under 42 U.S.C. § 1983.

ORDER OF DISMISSAL - 1

1     Accordingly, plaintiff's complaint is DISMISSED for failure to state a claim for
2 which relief may be granted.

4     DATED this 21st day of September, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2